IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAN J. CATERBONE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-2052 |
| | : | |
| LANCASTER COUNTY PRISON, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 2nd day of July, 2019, upon consideration of Plaintiff Stan J. Caterbone's *pro se* Amended Complaint (ECF No. 10), which raises claims under 42 U.S.C. § 1983, it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as to all claims and all Defendants.

2. The Clerk of Court is **DIRECTED** to close this case.

                            **BY THE COURT:**

                            **/s/ Jeffrey L. Schmehl**
                            **JEFFREY L. SCHMEHL, J.**